UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN D. CLOWNEY                                  Case No.: 18-12324
                                                  Hon.: David M. Lawson
    Plaintiff                                  Magistrate Judge Mona K. Majzoub

v.

FISHER FUNERAL HOME & CREMATION
SERVICES, INC., MICHAEL J. FISHER,
GERALD RUFFIN,  C&J FINANCIAL, LLC,
METROPOLITAN LIFE INSURANCE COMPANY
NATIONAL WESTERN LIFE INSURANCE COMPANY
and THE INDEPENDENT ORDER OF FORESTERS
    Defendants
_____/

| | |
|---|---|
| Metropolitan Legal Group, PLLC<br>By: Traci Richards (P52868)<br>Attorney for Kevin Clowney<br>26677 W. Twelve Mile Road<br>Southfield, MI 48034<br>(248) 997-1170<br>theclientcomesfirst@gmail.com | Hardy Lewis & Paige PC<br>By: David M. Davis (P24006)<br>Attorney for Metlife & Foresters<br>401 S. Old Woodward, Ste 450<br>Birmingham, MI 48009<br>(248) 645-0800<br>dmd@hardylewis.com |
| Balberman & Associates<br>By: Nick Balberman (P35262)<br>Attorney for Fisher & Funeral Home<br>29800 Middlebelt Road, Ste 200<br>Farmington Hills, MI 48334<br>(248) 224-6696<br>balmerman@aol.com | Dykema Gossett PLLC<br>By: Michael J. Blalock (P68969)<br>Attorney for C&J Financial<br>39577 Woodward Ave., Ste 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0700<br>mblalock@dykema.com |
| Fisher, Franklin & Ford<br>By: Troy C. Otto (P67448)<br>Attorneys for National Western<br>500 Griswold Ste. 3500<br>Detroit, MI 48226<br>(313)962-5210<br>mmpeck@fisherfranklin.com | |

**STIPULATION AS TO VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED by and between the respective parties that the above-captioned matter is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with prejudice and without costs.

/s/ Traci Richards
Metropolitan Legal Group, PLLC
By:     Traci Richards (P52868)
Attorney for Kevin Clowney
26677 W. Twelve Mile Road
Southfield, MI 48034
(248) 997-1170
theclientcomesfirst@gmail.com

/s/David M. Davis
Hardy Lewis & Paige PC
By:     David M. Davis (P24006)
Attorney for Metlife & Foresters
401 S. Old Woodward, Ste 450
Birmingham, MI 48009
(248) 645-0800
dmd@hardylewis.com

/s/ Nick Balberman
Balberman & Associates
By: Nick Balberman (P35262)
Attorney for Fisher & Funeral Home
29800 Middlebelt Road, Ste 200
Farmington Hills, MI 48334
(248) 224-6696
balmerman@aol.com

/s/Michael J. Blalock
Dykema Gossett PLLC
By: Michael J. Blalock (P68969)
Attorney for C&J Financial
39577 Woodward Ave., Ste 300
Bloomfield Hills, MI 48304
(248) 203-0700
mblalock@dykema.com

/s/ Troy C. Otto
Fisher, Franklin & Ford
Troy C. Otto (P67448)
Attorneys for National Western
500 Griswold Ste. 3500
Detroit, MI 48226
(313)962-5210
mmpeck@fisherfranklin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed Stipulation As To Voluntary Dismissal with the Clerk of the Court using the CM/ECF filing system, which will send notification and a copy of such filing to all attorneys of record.  I hereby certify that I have mailed the non-ECF participants: None.

                                                        Metropolitan Legal Group, PLLC

Dated: January 23, 2019                     <u>/s/ Traci Richards</u>
                                                      By: Traci Richards (P52868)
                                                      Attorney for Kevin Clowney
                                                      26677 W. Twelve Mile Road
                                                      Southfield, MI 48034
                                                      (248) 997-1170